

One Cross Island Plaza, Suite 203C
Rosedale, New York 11422

Gregory Spektor, Esq.*  
Matthew Sullivan, Esq.*  
David L. Henderson, Esq.* +  
Michael M. Szechter, Esq.  
Galina Avakova, Esq.

Mikhail Ilyaich, Esq.  
Sol Z. Sokel, Esq.  
Yan R. Gilkarov, Esq.  
Dzhamshed B. Mannonov, Esq.

\*   Admitted in New Jersey  
\+   Admitted in Pennsylvania

Tel: 718.528.5272  
Fax: 718.528.3370  
E-mail: dave@spektorlaw.com

December 28, 2022

> Application GRANTED. The Clerk of Court is directed to terminate ECF Nos. 43 and 44.
>
> SO ORDERED.
>
> *[signature]*
>
> December 29, 2022

Via ECF  
Hon. Jesse M. Furman  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, New York 10007

Re:   *Colon v Old Republic Insurance Company et al.*  
       Docket No.: 22-cv-0433

Dear Judge Furman:

This office represents plaintiff Jazlyn Colon. Pursuant to the Court's October 28, 2022 directive, Plaintiff is required to file opposition to Defendants' motion to dismiss by the end of today, December 28, 2022.

The undersigned is currently working remotely and unexpectedly experiencing spotty access to wireless internet service. As such, Plaintiff requests a 1 week extension of her time to file opposition papers to Defendants' dispositive motion, along with a commensurate extension of time for Defendants' to file their reply papers (currently due on January 6, 2023).

The undersigned notified Defense counsel of his intent to seek this extension this morning as soon as its necessity became apparent, and apologizes to the Court for the late request.

Neither party has previously requested an extension of any deadline associated with this motion.

Respectfully,

*[signature]*

David L. Henderson